JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HYUNJU LEE PARK, an individual,<br><br>              Plaintiff,<br>vs.<br><br>PROGRESSIVE SELECT INSURANCE COMPANY; DOES I-X; and ROE CORPORATIONS I-X,<br><br>              Defendant. | CASE NO.: 2:25-cv-02116-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each

///
///
///
///
///
///
///
///

1

party to bear their own costs and attorney's fees.

Dated this 18th day of December, 2025.   Dated this 18th day of December, 2025.

**K E A T I N G** LAW GROUP   MITCHELL ROGERS INJURY LAW

/s/ *John T. Keating*   /s/ *Scott L. Rogers*

_____   _____
John T. Keating, Esq.   Scott L. Rogers, Esq.
Nevada Bar No. 6373   Nevada Bar No. 13574
9130 W. Russell Road, Ste. 200   Will C. Mitchell, Esq.
Las Vegas NV 89148   Nevada Bar No. 14403
Attorney for Defendant   9480 S. Eastern Ave., Ste. 236
　　　　　　　　　　　　　　　　　　Las Vegas, NV 89123
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED** this 19th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2